## Blumenthal Bros. & Co. *v.* Richard W. Bacon, Appellant.

Argued Jan. 24, 1895. Appeal, No. 192, by defendants, from the order of C. P. No. 2, Phila Co., March T., 1894, No. 804, making absolute a rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, October 7, 1895:

The facts in this case being the same as those of same plaintiffs v. William Whitaker, opinion filed this day, the law is the same and the judgment is affirmed.